JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ARA AVETYANTS,

     Plaintiff,

 vs.

ASTON MARTIN LAGONDA OF NORTH AMERICA, INC.; and DOES 1 through 100, inclusive,

    Defendants.

) Case No.: 2:25-cv-00586-PA-AGR
)
) ORDER ON STIPULATION TO
) REMAND CASE TO STATE
) COURT
)
) Judge: Hon. Percy Anderson
)
)
)
)
)
)
)

Per the stipulation of the Parties, the case is ordered remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

 January 29, 2025

          Percy Anderson
        United States District Judge

1

**ORDER ON STIPULATION TO REMAND CASE TO STATE COURT**